UNITED STATES of America, Plaintiff–Appellee

v.

Jose Antonio ALDACO–TORRES, also known as Sniper, Defendant–Appellant.

No. 08–40217
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 18, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, DENNIS and OWEN, Circuit Judges.

**224**

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Antonio Aldaco–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aldaco–Torres has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.